IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEROME E. BIVENS,

    *Petitioner*,

v.                                      Case No.: 4:24cv185-MW/ZCB

M. SZCZECINA,

    *Respondent*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 6, and has also reviewed *de novo* Petitioner's objections, ECF No. 7. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 6, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's amended petition for writ of habeas corpus, ECF No. 4, is **DISMISSED**." Petitioner's motion for leave to proceed *in forma pauperis*, ECF No. 5, is **DENIED as moot**. A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on June 11, 2024.**

                                                s/Mark E. Walker
                                                **Chief United States District Judge**